UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| **RICHARD HOAR,** | ) | |
| | ) | |
|       **PETITIONER** | ) | |
| | ) | |
| **v.** | ) | **NO. 1:11-cv-314-DBH** |
| | ) | |
| **STATE OF MAINE,** | ) | |
| | ) | |
|       **RESPONDENT** | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On August 29, 2011, the United States Magistrate Judge filed with the court, with a copy of the petitioner, her Recommended Decision.  The time within which to file objections expired on September 15, 2011, and no objection has been filed.  The Magistrate Judge notified the defendant that failure to object would waive his right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**.  The matter is dismissed for lack of prosecution and failure to comply with the procedural orders of this Court.

      **SO ORDERED.**

      **DATED THIS 23RD DAY OF SEPTEMBER, 2011**

                                        /S/D. BROCK HORNBY
                                        **D. BROCK HORNBY
                                        UNITED STATES DISTRICT JUDGE**